

Kaman N. SMITH, Petitioner

v.

COMMON PLEAS COURT OF PENN-
SYLVANIA, Philadelphia County, and
Pennsylvania Department of Correc-
tions, Respondents

No. 188 EM 2016

Supreme Court of Pennsylvania.

January 19, 2017

### ORDER

PER CURIAM

AND NOW, this 19th day of January, 2017, the "Petition to Compel" and the "Amended Petition to Compel" are **DENIED**, and the Application for Summary Relief is **DISMISSED AS MOOT**.

S.S., Respondent

v.

C.S., Petitioner

No. 880 MAL 2016

Supreme Court of Pennsylvania.

January 20, 2017

### ORDER

PER CURIAM

AND NOW, this 20th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.

IN the INTEREST OF:
M.A.J.F., a Minor

Petition of: K.T., Mother

In the Interest of: M.T.F. Jr., a Minor

Petition of: K.T., Mother

In the Interest of: K.A.-M.T., a Minor

Petition of: K.T., Mother

No. 1 EAL 2017
No. 2 EAL 2017
No. 3 EAL 2017

Supreme Court of Pennsylvania.

January 20, 2017

### ORDER

PER CURIAM

AND NOW, this 20th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Kerry MCNEIL, Petitioner

No. 451 EAL 2016

Supreme Court of Pennsylvania.

January 21, 2017